IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KRIS JOSEPH NEVLING<br>CLINT ADDLEMAN | Criminal No. 3:23-cr-14<br><br>(26 U.S.C. § 5861(d); 18 U.S.C. §§ 844(n), 844(i), and 2; 21 U.S.C. § 846) |

**FILED**

AUG 2 0 2024

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

## SUPERSEDING INDICTMENT

The grand jury charges:

### GENERAL ALLEGATIONS

At all times relevant to this Superseding Indictment, unless otherwise specified:

1. Defendant CLINT ADDLEMAN was a drug dealer operating in and around Clearfield, Pennsylvania. Defendant CLINT ADDLEMAN obtained large quantities of methamphetamine, a Schedule II controlled substance, from one or more sources of supply and sold and redistributed the methamphetamine to his customers, including defendant KRIS JOSEPH NEVLING and S.L.C., an individual whose identity is known to the grand jury.

2. In and around the summer of 2019, defendant CLINT ADDLEMAN "fronted" several hundred dollars' worth of methamphetamine to S.L.C.—i.e., he provided the drugs to S.L.C. without an upfront payment. During the following months, S.L.C. did not repay the drug debt she owed defendant CLINT ADDLEMAN, and on multiple occasions defendant CLINT ADDLEMAN threatened violence against S.L.C. in connection with her failure to repay him.

3. In and around early October 2019, defendant CLINT ADDLEMAN and defendant KRIS JOSEPH NEVLING, aided and abetted by each other, constructed and caused to be constructed a destructive device (hereinafter, "the bomb"). Defendant CLINT ADDLEMAN and defendant KRIS JOSEPH NEVLING subsequently placed the bomb, and caused it to be placed,

inside a package addressed to S.L.C. using a star symbol. S.L.C. was known by the nickname "Star." The package containing the bomb also included the following language on its exterior: "SORRY TOOK SO LONG," "SORRY SO LATE," "I REC A MESSAGE FOR U," "PLAY IT," and "FROM BF." An image of the package containing the bomb appears below:



4. In and around the early morning hours of October 4, 2019, defendant CLINT ADDLEMAN and defendant KRIS JOSEPH NEVLING, aided and abetted by each other, placed the package containing the bomb, and caused it to be placed, outside a multi-unit rental property at 327 East Market Street, Clearfield, Pennsylvania, where S.L.C. rented an apartment on the first floor.

5. At or around 9:45 a.m. on October 4, 2019, the bomb detonated inside S.L.C.'s apartment, killing S.L.C. and causing significant damage to the property at 327 East Market Street, including by fire. A picture of the building after the fire was extinguished appears below:



## COUNT ONE

The grand jury further charges:

6. Paragraphs 1 through 5 are realleged as if fully set forth herein.

7. From on or about October 3, 2019, and continuing until on or about October 4, 2019, in the Western District of Pennsylvania, the defendants, KRIS JOSEPH NEVLING and CLINT ADDLEMAN, aided and abetted by each other, did knowingly and unlawfully possess a firearm, as defined in Title 26, United States Code, Section 5845(a), namely a destructive device, as defined in Title 26, United States Code, Section 5845(a)(8), which was not registered to either of them in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Section 5861(d), and Title 18, United States Code, Section 2.

## COUNT TWO

The grand jury further charges:

8. Paragraphs 1 through 5 are realleged as if fully set forth herein.

9. From in and around early October 2019, and continuing until on or about October 4, 2019, in the Western District of Pennsylvania, the defendants, KRIS JOSEPH NEVLING and CLINT ADDLEMAN, did agree together with other persons known and unknown to the grand jury, to maliciously destroy property by means of an explosive and fire, contrary to the provisions of Title 18, United States Code, Section 844(i).

In violation of Title 18, United States Code, Section 844(n).

## COUNT THREE

The grand jury further charges:

10. Paragraphs 1 through 5 are realleged as if fully set forth herein.

11. On or about October 4, 2019, in the Western District of Pennsylvania, the defendant, CLINT ADDLEMAN, did maliciously damage and destroy, and cause to be damaged and destroyed, by means of an explosive and fire, a structure located at 327 East Market Street in Clearfield, Pennsylvania, which structure was used in interstate commerce and in activity affecting interstate commerce, resulting in the death of S.L.C., whose death was the direct and proximate result of the conduct of the defendant, CLINT ADDLEMAN.

In violation of Title 18, United States Code, Section 844(i).

## COUNT FOUR

The grand jury further charges:

12. Paragraphs 1 through 5 are realleged as if fully set forth herein.

13. From in and around January 2019, and continuing until in and around October 2019, in the Western District of Pennsylvania, the defendant, CLINT ADDLEMAN, did knowingly, intentionally, and unlawfully conspire with persons both known and unknown to the grand jury, to possess with intent to distribute and distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

In violation of Title 21, United States Code, Section 846.

A True Bill,

_____
FOREPERSON

_____
ERIC G. OLSHAN
United States Attorney
IL ID No. 6290382

_____
MAUREEN SHEEHAN-BALCHON
Assistant United States Attorney
PA ID No. 78059

_____
SHAUN E. SWEENEY
Assistant United States Attorney
PA ID No. 53568

7