IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN

UNITED STATES OF AMERICA,    )
                             )
        Plaintiff,           )
                             )    3:23-cr-00014-SLH-KAP-2
    vs.                      )
                             )
CLINT ADDLEMAN               )
                             )

        Defendant,

## WAIVER OF DETENTION HEARING

I understand that I have the right to a detention hearing in connection with the federal charges that have been brought against me.

I hereby waive my right to a detention hearing at this time reserving the right to request a detention hearing if and when the issue becomes relevant.

_____
SIGNATURE OF DEFENDANT

DATE: September 11, 2024

_____
COUNSEL FOR DEFENDANT

## ORDER OF DETENTION

IT IS HEREBY ORDERED that the government's request for detention is GRANTED pending further consideration if and when the issue of bail becomes relevant.

DATED this 12th September, 2024

BY THE COURT:

_____
KEITH A. PESTO
United States Magistrate Judge