IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 3:23-cr-14 |
| CLINT ADDLEMAN | |

<u>RECEIPT FOR LOCAL CRIMINAL RULE 16 MATERIAL</u>

The following materials are provided to you via USAfx pursuant to Local Criminal Rule 16 of the Local Rules of Court for the United States District Court of Western Pennsylvania:

1. Relevant written or recorded statements or confessions of the defendant. Specify:

   - Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Reports of Investigation
     - ROI 1, dated 10/4/2019, Redacted (3 pp.)
     - ROI 2, dated 10/10/2019, Redacted (5 pp.)
     - ROI 7, dated 10/24/2019, Redacted (2 pp.)
     - ROI 9, dated 10/15/2019 (1 p.)
     - ROI 12, dated 11/6/2019, Redacted (24 pp.)
     - ROI 13, dated 12/4/2019 (7 pp.)
     - ROI 18, dated 12/11/2019 (2 pp.)
     - ROI 22, dated 12/18/2019 (5 pp.)
     - ROI 29, dated 10/4/2019, Redacted (28 pp.)
     - ROI 54, dated 10/20/2020, Redacted (2 pp.)
     - ROI 58, dated 10/19/2020, Redacted (7 pp.)
     - ROI 65, dated 10/19/2020 (6 pp.)
     - ROI 80, dated 4/20/2021, Redacted (3 pp.)
     - ROI 81, dated 4/22/2021(5 pp.)
     - ROI 82, dated 4/28/2021, Redacted (3 pp.)
     - ROI 87, dated 6/28/2021 (2 pp.)
     - ROI 93, dated 8/3/2021, Redacted (6 pp.)
     - ROI 97, dated 10/20/2020 (7 pp.)
     - ROI 120, dated 11/2021, Redacted (2 pp.)
     - ROI 163, dated 6/20/2023, Redacted (2 pp.)
     - ROI 178, dated 3/27/2024 (1 p.)

   - Federal Bureau of Investigation (FBI) Height Analysis Report, dated 4/28/2023 (3 pp.) and Height Chart (1 p.)

   - Pennsylvania State Police (PSP) Report No. 2019-1324577, dated 10/4/2019, Redacted (91 pp.)

- Search Warrants, Attachments, Exhibits and Non-Disclosure Orders
    - Google, filed at Magistrate No. 3:19-mj-71, and signed by U.S. Magistrate Judge Keith A. Pesto on 10/21/2019
    - Facebook Users, filed at Magistrate No. 3:19-mj-72, and signed by U.S. Magistrate Judge Keith A. Pesto on 10/21/2019
    - Facebook Users, filed at Magistrate No. 3:19-mj-73, and signed by U.S. Magistrate Judge Keith A. Pesto on 10/21/2019
    - Facebook Users, filed at Magistrate No. 3:19-mj-74, and signed by U.S. Magistrate Judge Keith A. Pesto on 10/21/2019
    - Facebook Users, filed at Magistrate No. 3:19-mj-75, and signed by U.S. Magistrate Judge Keith A. Pesto on 10/21/2019
    - Facebook Users, filed at Magistrate No. 3:19-mj-76, and signed by U.S. Magistrate Judge Keith A. Pesto on 10/21/2019
    - Facebook Users, filed at Magistrate No. 3:19-mj-77, and signed by U.S. Magistrate Judge Keith A. Pesto on 10/21/2019
    - Facebook Users, filed at Magistrate Nos. 3:21-mj-86 and 3:21-mj-87, and signed by U.S. Magistrate Judge Keith A. Pesto on 6/2/2021
    - Black LG Trac Phone, filed at Magistrate No. 3:21-mj-91, and signed by U.S. Magistrate Judge Keith A. Pesto on 6/7/2021
    - Facebook User, filed at Magistrate No. 3:21-mj-179, and signed by U.S. Magistrate Judge Keith A. Pesto on 12/2/2021
    - Google, filed at Magistrate No. 3:22-mj-46, and signed by U.S. Magistrate Judge Keith A. Pesto on 3/17/2022
    - Google, filed at Magistrate No. 3:22-mj-174, and signed by U.S. Magistrate Judge Keith A. Pesto on 9/28/2022
    - Verizon, filed at Magistrate No. 3:22-mj-113, and signed by U.S. Magistrate Judge Keith A. Pesto on 7/7/2022
    - Google, filed at Magistrate No. 3:22-mj-188, and signed by U.S. Magistrate Judge Keith A. Pesto on 10/24/2022

- Photo of Package (1)

- Photo of Building after Explosion (1)

- Video Clip of Package Delivery (2:16)

- Video Clip of Building Explosion (10:40)

- Protective Order for Rule 16 Discovery Materials signed by District Judge Stephanie L. Haines, dated 9/20/2024. **This signed Receipt by defense counsel acknowledges requirement to comply with Protective Order.**

2. Grand Jury testimony of the defendant. Specify:
   None.

3. Defendant's prior criminal record attached.

   ☒ Yes     ☐ No

4. At a time convenient to all parties, the attorney for the defendant will be permitted to inspect and copy all tangible objects, books, papers, documents, buildings or places which are in the possession, custody or control of the government and (a) are material to preparation of defendant's defense, (b) are intended for use by the government as evidence in chief at trial, or (c) were obtained from or belong to the defendant.

5. Reports of relevant physical or mental examinations and scientific tests. Specify:

   - ATF Laboratory Report, Case No. 19N0516, dated 11/6/2023 (4 pp.)

6. As set forth in applicable case authority, counsel for the government recognizes his/her obligation to seek all evidence favorable to the defendant which is known to the others acting on the government's behalf in this case, and will timely disclose known, material, favorable evidence in a manner which accords due process to the defendant. The following exculpatory material is being disclosed at this time:

   None.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

/s/ Maureen Sheehan-Balchon
Assistant U.S. Attorney

September 24, 2024
Date

Receipt acknowledged by:

_____
Counsel for Defendant

10/1/24
Date