IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No. 3:23-14-2 |
| | ) |
| CLINT ADDLEMAN | ) |

## ORDER OF COURT

AND NOW, this 2nd day of April, 2025, pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3005 and 3006A, and Section XIV.C. of the CJA Plan for the Western District of Pennsylvania, and, upon the recommendation of the Federal Public Defender for the Western District of Pennsylvania,

IT IS ORDERED that Daniel H. Goldman, Esq., whom the Court hereby finds to be learned in the law applicable to capital cases, hereby is appointed to serve as learned counsel for Defendant Clint Addleman, and to serve as co-counsel with previously appointed CJA-counsel Attorney Frank C. Walker. *See* 18 U.S.C. § 3005; Guide to Judiciary Policy, Vol 7 Defender Services, Part A Guidelines for Administering the CJA and Related Statutes, Chapter 6: Federal Death Penalty and Capital Habeas Corpus Representations, § 620.10.10. The appointment is effective upon entry of this order.

April 2, 2025
Date

Stephanie L. Haines
United States District Judge